IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.   3:18-CR-124 (TJM) |
| v. | **Indictment** |
| KAREEM YOUNG, | Violation:   18 U.S.C. §287<br>False Claim for Refund |
| | 1 Count |
| Defendant. | County of Offense:   Broome |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[False Claim for Refund]**

On or about February 24, 2014, in Broome County in the Northern District of New York, the defendant, **KAREEM YOUNG** knowingly made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $6,125,000, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service, a United States Individual Income Tax Return, Form 1040.

In violation of Title 18, United States Code, Section 287.

Dated:   April 26, 2018

A TRUE BILL,   **NAME REDACTED

Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: *[signature: Tamara B. Thomson]*
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310