**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 25 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 18-CR-124 (TJM) |
| DEFENDANT | TYPE OF PROCESS |
| Kareem Young | subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard Hanna
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8254 State Rt. 28 Barneveld, NY 13304

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Perticone, Esq.
Levene, Gouldin & Thompson
450 Plaza Drive
Vestal, NY 13850

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 25 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF   ☒ DEFENDANT
TELEPHONE NUMBER: 607-759-2477
DATE: 4/15/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk: DLM | Date: 4/16/19

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc, shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Brooks M. Hannon - Asst. General Counsel
Date: 4/25/19   Time: 09:20 ☒ am

Address (complete only different than shown above):
Office of General Counsel   Wash., DC
US House of Representatives   202-225-9700
219 Cannon House Office Bldg

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 195.00 | 41.76 | — | 236.76 | | |

REMARKS:
4/16/19 - 1st Attempt - 1 Dusn, 12 miles one way
4/22/19 - 2nd Attempt - Same as above
4/24/19 - 3rd Attempt - Same as above
* Talked to AUSA and Lawyer for Mr. Hanna
Served General Counsel via email

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KAREEM YOUNG

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 3:18-CR-00124-TJM

TO: Richard Hanna
8254 State Route 28
Barneveld, NY 13304

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court, Northern District of New York Federal Building and U.S. Courthouse 15 Henry Street, 2d Floor, Binghamton, NY 13901 | |
| | DATE AND TIME 4/30/2019 1:00 pm |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All communications, correspondence and other documents received by you or your congressional office from the defendant and all communications, correspondence and other documents sent to the defendant or as assistance to the defendant by you or your congressional office.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| John M. Domurad, Clerk (By) Deputy Clerk *Angela Tapa* | April 11, 2019 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
John L. Perticone, Esq., 450 Plaza Drive, Vestal, NY 13850
Tel. (607) 763-9200

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 4/16/19 | PLACE Utica |
| SERVED | DATE 4/25/19 | PLACE Wash. DC |
| SERVED ON (PRINT NAME) Brook M. Hymwer | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) James Nichols | TITLE DUSM | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___4/25/19___
               DATE

SIGNATURE OF SERVER

USMS N/N19
ADDRESS OF SERVER

ADDITIONAL INFORMATION